**ATTACHMENT 1**

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

FILED IN CLERKS OFFICE
2012 OCT 26  P 2: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Pradeep Kumar,**

     **Plaintiff,**

**vs.**

**Civil Action No.**

**COMPLAINT**
**PLAINTIFF DEMANDS TRIAL BY   JURY**

**Defendant(s).**

**Anitha Mangothili**
   **AND**
**Bonnie Curtis**
   **AND**
**Fremont Unified School District**
   **AND**
**Mission San Jose Elementary School**
   **AND**
**DOES 1-100 Inclusive**
   **AND**
**City of Fremont Human Services Department**
   **AND**
**School Counselor**
   **AND**
**Sue Alexander**

_____/

- 1 -
Restraining Order, Preliminary and Permanent Injunction

# COMPLAINT

## Parties

1. The Plaintiff is a resident of Waltham, Middlesex County, State of Massachusetts and a citizen of United States. Plaintiff is an active member of the US Military in good standing. Petitioner is the parent of two minor children who are attending school at Mission San Jose Elementary School, Fremont, California.

2. The defendant Anitha Mangothili is a resident of Fremont, California and a dual citizen of United States and India.

3. The defendant Fremont Unified School District and Mission San Jose Elementary School (collectively, "the District" or "District Defendants") is a State of California public school and state education agency.

## Jurisdiction

4. This court has jurisdiction over this matter pursuant to 28 USC 1332.

5. Venue is proper because the Petitioner resides in the State of Massachusetts and the claims arose while Petitioner was and still is in State of Massachusetts.

**Defendents**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.   The District Defendants are legally responsible, in whole or in part, for the operation of all the schools in the District, and for the conditions therein.

7.   The District Defendants are organized, and exists pursuant to the laws of State of California and are responsible for the administration of educational services for all the students enrolled in the District and as such are   subject to the  prohibitions  of  the  Equal  Protection  clause  of  the  Fourteenth Amendment to the United States Constitution.

8.   Defendant Mission San Jose Elementary School District No 21 can be sued "for an injury to the rights of the plaintiff arising from some acts or omission of  the School board".

9.   Defendant Fremont Unified School District Board is the legal entity charged with   defending law suits against the school and the District.

10.  Defendant Fremont Unified School District has been a recipient or has applied for federal financial assistance and is therefore subject to Title IX of the Education  Amendments and its implementing regulations.

11.  Defendant Anitha Mangothili has made <u>false public statements under penalty</u> of perjury against Petitioner who is a Public servant that Petitioner is a Rapist and or Child molester and or child abuser.

12.  Defendant Anitha Mangothili infringed on Petitioners First Amendment right to

communicate verbally or orally and by fraud obtained "stay away" orders from family court which is preventing Petitioner from exercising Petitioners parental rights, live a respectable life, visit religious place and public places.

13. Defendant Bonnie Curtis is the erstwhile Principal of the Mission San Jose Elementary School who refused to share information about Petitioners children's education records upon written request of the parent and Petitioner and lied to the Petitioner about the child's health upon enquiry.

14. Defendant Sue Alexander is the Commissioner of the Family court who failed to render justice and made orders which was against the best interest of the child, family peace and violated parental rights.

15. Defendant City of Fremont, Human Services is responsible for providing health and human services to the residents of Fremont, California.

16. Unknown defendant's 1-100 are parents and members of the community who have been influenced by the Defendant Anitha Mangothill and or the District and come to believe that the Petitioner is dangerous to the society or the school or the children.

## Procedural Background

17. In or around Oct 2009, Petitioner and Defendant were married and living together. Petitioner was visiting India in Dec 2009 to address family matters that had created a marital discord between Petitioner and Defendant Anitha Mangothill.

18.  Defendant Anitha Mangothili, in a surprise move without due process or service obtained restraining orders against Petitioner. Defendant Anitha Mangothili managed to obtain move out orders from the court and made Petitioner homeless and penniless.

19.  Defendant Anitha Mangothili made false accusation of Rape and Child abuse against Petitioner and without due process and legal representation, manipulated the family court to obtain full legal and full physical custody of their two minor children.

20.  Defendant Anitha Mangothili sprayed Petitioners semen on beds and other material and filed a false rape police report. Petitioner submitted Petitioners semen DNA into a federal crime database which was confirmed by the United States Federal Bureau of Investigation ( FBI).

21.  Defendant Anitha Mangothili  provided copies of child custody court orders to the school and made the school Principle to believe that Petitioner must stay away from the school,  the children and is a dangerous person.

22.  Petitioner made several informal complaints to the School and the District. The school Principal, the school staff, the District staff have since been retaliating, discriminating, vindicating the Petitioner and preventing the Petitioner from visiting Petitioners child's class room and living a respectable life.

23.  The School Principal and class teachers of the students have stated that they have received instructions from the School District, Pupil Services that Petitioner is dangerous and must not be allowed to visit the child's classroom.

24. Petitioner made several attempts to peacefully, amicably and informally settle matters with the school. Petitioner requested the assistance of the School Counselor and City of Fremont Social Worker Hellen H. Hsu, Psy.D. to assist in the matter. City of Fremont refused to participate in providing assistance to the Petitioner , the school, the children or the family.

25. Petitioner made several attempts to request for children's education records from Defendant Bonnie Curtis, the erstwhile Principal of the School. Defendant Bonnie Curtis refused to share children's school records stating Petitioner does not have children's custody.

26. Petitioner on or around 05/06/2011 received a frantic call from CVS Pharmacy stating that the custodial parents medical insurance does not cover certain medication that Petitioners child needs. Petitioner immediately contacted the then school Principal Bonnie Curtis and enquired into the child's health. In a written response, the school Principal lied and in a written statement wrote, "We have     nothing to report.  Your son's health and well being seems to be fine."

27. Petitioner is an involved and loving parent, respectable member of the United States Military and has a clear background with no criminal records or convictions ever.

28. Petitioner made several request to Defendant School Principal and Defendant Anitha Mangothili to permit the two minor children of the Petitioner obtain Military Identity cards so that essential medical benefits, insurance benefits and other family benefits could  be extended to the children but both

defendant's refused to co-operate for the welfare of the children and the children are being deprived of health benefits, life insurance benefits and other benefits that other children are able to enjoy.

29.   Prior to military service, Petitioner was an active member of the Fremont Unified School District Technology Advisory Committee.

30.   Since Petitioner belongs to the military, the reputation of United States Military is at stake and Petitioner civil and fundamental rights are being violated. Petitioners parental rights are being violated.  A written complaint is pending with the United States Department of Justice and  the  United  States  Office  of Civil Rights.

31.   Petitioner made several peaceful and informal requests to the School and the District. The District and the School is retaliation and abusive towards the Petitioner and retaliating.

32.   Defendant Anitha Mangothili and or the District is unfairly making disparaging statements to members of the community, other school teachers, school staff that Petitioner has been restrained and or Petitioner is a rapist and or Petitioner is a child abuser.

33.   Petitioner is unable to walk freely in or around the child's public school as several parents and members of the community ( Does 1-100 ) also been influenced by the Defendants . Petitioner is unable to obtain employment of choice and Petitioners life has been crippled by the behavior, retaliation and unfair treatment by the defendant's and loss of reputation.

Restraining Order, Preliminary and Permanent Injunction

34. Defendant District refuses to acknowledge that parents are partners with educators, administrators, and school district boards of trustees in their children's education. The school Principal, in his false belief and understanding of his role as the Principal even stated," I will do whatever it takes to protect the children and the school (from the Petitioner)", indicating that Petitioner is dangerous. The District ( Mr. Chuck Graves )  has indicated use of force or threats of force to injure, intimidate, or interfere with the Petitioner, should the Petitioner choose to visit the child's classroom.

35. Defendant Mission San Jose Elementary School is misled due to lack of oversight from the District, the City of Fremont, the California State Department of Education and is seeking legal advice from City of Fremont Police Department on parents rights to visit the school and obtain education records. In a written statement, Defendant Mission San Jose School has stated, "I ( the school Principal) have meet with a   Fremont   Police   Officer   and informed him about   your letter. He advised me, since MSJE has a court order which indicates     supervised visitations only, I must go by the court order".

## Allegations

36. Petitioner alleges that the District defendant's violated the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, Title IV of the Civil Rights of 1964, Title IX of Education Amendments and its Implementing regulations, Constitutional protection of parental rights under

First, Fifth and fourteenth amendment, Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99) and other federal statutes.

37. Petitioner alleges that Defendant Anitha Mangothill intentionally inflicted emotional distress by her actions and or inactions, including defamation , slander and libel.

38. Current Implementation and interpretation of the District Policies and Procedures by the School and District personnel have contributed to a hostile environment for ordinary citizens and creating and lending an environment which is violating rights of parents and citizens

39. The Districts inability to interpret family law court orders, inability to collaboratively participate in children's and family welfare has created a very hostile environment in the school.

## CLAIMS FOR RELIEF

40. Petitioner realleges and herein incorporates by reference the allegations set forth in paragraphs 35-38.

41. Petitioner has been harassed, discriminated and Petitioner rights violated by the District.

42. District is persistent and has denied Petitioner access to children's school records. District makes lame excuse in todays day and age of advanced technology that it is unable to provide access or copies to school records for a parent who is unable to visit the school in person.

43. District should have known of the hostile environment but failed to investigate, address and or stop the unlawful practices of the school. Evidence indicates

Restraining Order, Preliminary and Permanent Injunction

that the District instigated and encouraged the school to retaliate and worsened the hostile environment. District escalated the situation and matters are intolerable and unsafe for Petitioner and parents and citizens in similar situation to visit the school.

44. Unless enjoined by this court and lacking immediate protective orders, the District will continue to violate the Equal Protection Clause, Title IV and Title IX.

## PRAYER FOR RELIEF

WHEREFORE, the Petitioner respectfully requests that this court:

1. Enter a permanent restraining order barring Defendants, its officers, agents, servants, employees, attorneys and law enforcement agency from creating any barrier for the Petitioner from visiting or entering any place, including the Petitioners children's school and or classroom.

2. Declare that the District defendant's have subjected the Petitioner to a hostile environment and denied equal protection of the laws in violation of the Equal Protection Clause of the Fourteenth Amendment to the United States Clause.

3. Declare that District Defendant violated Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99).

4. Permanently enjoin defendant's, District defendant's, its officers, agents, employees, successors, assigns and all persons in active concert or participation with the District from all unlawful discrimination of non custodial parents and to protection Petitioner from any further harm, intimidation, defamation, threat of force.

9. ~~Cas~~Petitioner requests this court for appointing a competent counsel to protect the interest of the class represented.

10. Order an investigation of City of Fremont, Human Services on their willfull negligent handling of the situation when called for assistance by the residents.

11. Grant any additional relief and judgment against the defendant's as the needs of justice may require.

- 11 -
Restraining Order, Preliminary and Permanent Injunction

5. Order the District defendants to develop, adopt, and timely implement a comprehensive plan , to include staff training that will ensure a safe and secure environment for non custodial parents free from harassment, retaliation and hostility. Training plan to include rights of parents under FERPA and teaming effort between the District and Defendant City of Fremont, Human Services in preventing creation of hostile environment in the school.

6. Permanently enjoin Defendant Anitha Mangothili from making any disparaging remarks that will tarnish the reputation of the Petitioner ( a public servant ) and order this    defendant to taking any and all measures required to expunge any and all false statements, publications of false rape, child abuse against Petitioner.

7. Petitioner requests this court for the intervention of United States in this matter as Plaintiff-Intervenor pursuant to Fed R. Civ P. 24(a) and 24(b).

8. Publicity order for relief requested in 1 through 6.

9. Petitioner requests this court for appointing a competent counsel to protect the interest of the class represented.

10. Order an investigation of City of Fremont, Human Services on their willfull negligent handling of the situation when called for assistance by the residents.

11. Grant any additional relief and judgment against the defendant's as the needs of justice may require.

1
2
3

## JURY DEMAND

4

**Petitioner hereby demands a trial by jury of all issues so triable.**

5

**Respectfully submitted**

6
7

8  **Dated: October 26, 2012**

9

_____

10  **Pradeep Kumar**

11  **In Pro Se**

12  **100 Trapelo Rd, #1**

13  **Waltham, MA 02452**

14  **Fax: 510-323-2430**

15

16  **Email: fusdlawsuit2012@gmail.com**

17
18
19
20
21
22
23
24
25
26
27
28

- 12 -
Restraining Order, Preliminary and Permanent Injunction