UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRADEEP KUMAR,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )     C.A. No. 12-12025-PBS
                                  )
ANITHA MANGOTHILI, et al.,        )
                                  )
            Defendants.           )

## ORDER

By Order dated October 31, 2012, plaintiff's application to proceed without prepayment of fees was denied as incomplete. See Docket No. 5. Plaintiff was granted twenty-one days to either pay the $350 filing fee or file a new, fully completed application to proceed without prepayment of fees. Id.

To date, Plaintiff has failed to respond to the Court's Order, and the time for doing so has expired. See Docket.

Accordingly, for the reasons stated in the October 31, 2012 Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, dismissed without prejudice.

   SO ORDERED.

 12/13/2012                          /s/ Patti B. Saris
DATE                                PATTI B. SARIS
                                    UNITED STATES DISTRICT JUDGE